SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

DOUGLAS A. GRAVELLE, SBN 166110
HINSON GRAVELLE & ADAIR LLP
28470 Avenue Stanford, Suite 350
Valencia, CA 91355
Telephone: (661) 294-0116
Facsimile: (661) 294-0134
Email: gravelle@hinsongravelle.com

Attorneys for Defendants

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern, | Case No. 2:14-cv-00121-JAM-KJN |
| Plaintiff, | **Joint Stipulation for Dismissal and Order Thereon** |
| vs. | |
| Tesoro West Coast Company, LLC dba USA Gasoline #68223; Tesoro Sierra Properties, LLC, | |
| Defendants. _____/ | |

TO THE COURT AND TO ALL PARTIES:

    Plaintiff, Brenda Pickern, and defendants Tesoro West Coast Company, LLC and Tesoro Sierra Properties, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of this entire action pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear their own fees and costs.

Dated: April 11, 2014        DISABLED ADVOCACY GROUP, APLC

                                      /s/   *Scottlynn J Hubbard*
                                     Scottlynn J Hubbard IV
                                     Attorney for Plaintiff

Dated: April 11, 2014        HINSON GRAVELLE & ADAIR LLP

                                      /s/   *Douglas A. Gravelle*
                                     Douglas A. Gravelle
                                     Attorney for Defendants Tesoro West Coast
                                     Company, LLC and Tesoro Sierra Properties, LLC

## **ORDER**

    IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, this action, USDC Case No. 2:14-cv-00121-JAM-KJN, is dismissed with prejudice in its entirety, each party to bear their own fees and costs.

Dated:  4/11/2014

                                     /s/ John A. Mendez_____
                                     United States District Court Judge